UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09-CV-P390-H

WARDELL COLEMAN                                                   PETITIONER

v.

U.S. MARSHAL                                                         RESPONDENT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DENIED** and the instant action is **DISMISSED**.

A Certificate of Appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

There being no just reason for delay in its entry, this is a final Order.

Date:

cc:      Petitioner, *pro se*
         Counsel of record

4412.009